THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

JAKE LEE,

                        Plaintiff,        ORDER

vs.

                                            Civil No. 07-CV 0338C(SR)

ACCESSORIES BY PEAK, RAJESH SHAH,

                        Defendants.

## ORDER

      WHEREAS, JAKE LEE ("Plaintiff") filed in this action against defendants ACCESSORIES BY PEAK and RAJESH SHAH (collectively "Defendants") on May 24, 2007, seeking damages and other monetary relief for infringement of United States Letters Patent No. 6,418,936 ("the '936 Patent")(copy attached hereto as Exhibit A) and injunction restraining further infringement of said patent;

      WHEREAS, Plaintiff and Defendants consent to the entry of the following Order:

      IT IS ORDERED, ADJUDGED AND DECREED that:

      1.    The '936 Patent was duly and legally issued to Jake Lee as the inventor of the subject matter of the '936 Patent, including all right to recover for past infringement thereof.

      2.    The '936 Patent is valid and enforceable.

      3.    Defendants, their officers, agents, servants, employees, attorneys, and all other persons acting in concert, participation or privity with them, and their successors and assigns are hereby permanently enjoined and restrained from infringing, contributorily infringing or inducing the infringement of the '936 Patent by the making, using, selling, and/or offering for sale any and all pipes as described in the '936 Patent and/or equivalence under the doctrine of equivalence in U.S. patent law.

4.      The Court shall retain continuing jurisdiction over this action for the purposes of enforcing the terms of this Order and/or Settlement between the parties.

Dated: December 12, 2007

                                                s/Dariush Keyhani
Meredith & Keyhani, PLLC
Dariush Keyhani (DK-9673)
Jennifer Meredith (JM-4816)
81 Linwood Avenue
Buffalo, New York 14209
(716) 898-8942
*Attornes for Plaintiff*

Dated: December 12, 2007

                                                s/Justin S. White
LAW OFFICE OF JUSTIN S. WHITE
Office and Post Office Address
5662 Main Street
Williamsville, NY  14221
(716) 631-9100
*Attorney for Defendants*

SO ORDERED:

Dated: December 14, 2007

_____
                                        HON. JOHN T. CURTIN
                                        U.S. District Court Judge