UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JAKE LEE, Plaintiff, v. ACCESSORIES BY PEAK, RAJESH SHAH, Defendants. | ) | CIVIL NO. 07-CV-0338C(SR) |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

**PLEASE TAKE NOTICE**, pursuant to Local Rule 56.1 and Fed. R. Civ. P. Rule 56 Plaintiff Jake Lee moves the Court for partial summary judgment on Defendants' willful infringement of U.S. Patent Number 6,418,936. In support of this motion, Plaintiff submits a memorandum of law with attached exhibits, including supporting transcripts of the depositions of Jake Lee and Rajesh Shah, the declarations of Jake Lee and Robert Macleod, Plaintiff's Claim Chart with attached photographs, Order of the Court, dated December 14, 2007, Plaintiff's Local Rule 56.1 Statement of Material Facts, and Defendants' Responses to Plaintiff's First Set of Interrogatories.

November 21, 2008

Respectfully submitted,

By: s/ Dariush Keyhani
Dariush Keyhani, Esq. (DK967)
Sidney R. Bresnick (Pro Hac Vice admission pending)
Meredith & Keyhani, PLLC

        81 Linwood Avenue
        Buffalo, NY 14209.
        Telephone: (716) 898-8938
        Facsimile: (716) 299-2499
        *Attorneys for the Plaintiff*