UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAKE LEE, ) | |
| Plaintiff, ) | Civil No. 07-CV-0338C(SR) |
| v. ) | |
| ACCESSORIES BY PEAK, RAJESH SHAH, ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for Plaintiff and the Defendants, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, that the above-entitled action and all claims and counterclaims therein are dismissed with prejudice, against the parties, each party to bear its own costs and its own attorneys' fees.

Date:  November 6, 2010  Buffalo, NY

s/Dariush Keyhani
Dariush Keyhani
Meredith & Keyhani, PLLC
330 Madison Avenue
6th Floor
New York, New York 10017
Telephone (212) 760-0098
Facsimile (212) 202-3819
Attorney for the Plaintiff

1

s/Justin S. White_____
JUSTIN S. WHITE, ESQ.
Attorney for the Defendants
5662 Main Street
Williamsville, NY 14221
(716) 631-9100

**SO ORDERED**:     _____
                    United States Magistrate Judge

2